# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tony Lamont Jones**                    **Docket No. 5:26-CR-72-1FL**

### Petition for Action on Conditions of Pretrial Release

COMES NOW John V. Chiaramonte, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tony Lamont Jones, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court in Raleigh, on the 4th day of May, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 14, 2026, the defendant's supervising United States Probation Officer from the Middle District of North Carolina notified this officer that the defendant has a scheduled MRI appointment on June 3, 2026, that will require the removal of his GPS monitoring device in order to complete.

**PRAYING THAT THE COURT WILL ORDER** That the defendant's conditions of release are temporarily modified to allow the removal of his GPS monitoring device for the limited purpose of a scheduled MRI procedure on June 3, 2026. The removal and reinstallation of the GPS monitoring device shall be coordinated at the discretion of the defendant's supervising United States Probation Office.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

/s/ John V. Chiaramonte
John V. Chiaramonte
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2568
Executed On: May 21, 2026

### ORDER OF THE COURT

Considered and ordered on May 21, 2026.          It is further ordered that this document shall be filed and made part of the records in the above case.

Robert T. Numbers, II
United States Magistrate Judge