PS-8
8/88

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF NORTH CAROLINA**

**U.S.A. vs. Tony Lamont Jones** **Docket No. 5:26-CR-72-1FL**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tony Lamont Jones, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 4th day of May, 2026.

The defendant appeared before Robert B. Jones, Jr., U.S. Magistrate Judge the for arraignment on the 18th day of June, 2026, and supervision was continued under existing conditions after the defendant entered a plea of guilty. Sentencing is scheduled for the September 8, 2026, term of court.

On June 8, 2026, a Violation Report was submitted advising the court that on May 24, 2026, the defendant was granted preapproved leave by the probation officer in the Middle District of North Carolina (MDNC) to attend church service. However, Jones diverted from his destination and spent twenty-five minutes at a residence he owns in Raleigh, North Carolina, without prior approval from the defendant's probation officer. Supervision was permitted to continue.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 29, 2026, during an unannounced home visit, Jones submitted a urine sample that yielded a positive result for marijuana. The defendant signed an admission form regarding drug use and admitted to using marijuana he purchased from a tobacco store while out of the residence for preapproved leave to attend a church service. The defendant was verbally reprimanded for his violation conduct and the location monitoring program instructions were again provided to him. He was advised that he must obtain preapproval from the probation office should he wish to deviate from any previously approved schedule or route. He has been reminded that only essential leave will be approved and that he must verify all activities with the probation office.

On July 31, 2026, the defendant advised the probation officer in the MDNC that he could no longer reside at his approved residence in Durham, North Carolina. Jones stated he had been living with his cousin, who is serving as his third-party custodian, and his cousin's girlfriend. A verbal dispute occurred and both the defendant and his cousin were instructed to leave the residence or the police would be called. To prevent the defendant from becoming homeless, it is respectfully recommended that the conditions of release be modified to allow him to reside with his third-party custodian, Jahmel Jones, at 8290 McGuire Drive, Raleigh, North Carolina 27616. The defense counsel has been contacted and has no objection to this request.

**PRAYING THAT THE COURT WILL ORDER:**

1. The condition of release placing the defendant in the custody of Jahmel Jones in Durham, NC be modified, and the defendant be placed in the custody of Jahmel Jones at 8290 McGuire Drive, Raleigh, NC 27616.

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Orlando M. Roberts
Orlando M. Roberts
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 252-508-3055
Executed On: August 6, 2026

**ORDER OF THE COURT**

Considered and ordered the 7th day of August, 2026, and ordered filed and made part of the records in the above case.

Louise W. Flanagan
U.S. District Judge